■ The People of the State of New York, Respondent, v Corey Holmes, Appellant. [994 NYS2d 866]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Condon, J.), rendered August 22, 2012, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his claims that the procedure used to adjudicate him a second violent felony offender was defective (*see People v Huggins*, 105 AD3d 760, 761 [2013]; *People v Kosse*, 94 AD3d 908 [2012]) and that the sentence imposed was excessive (*see People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 253 [2006]; *People v Muniz*, 91 NY2d 570, 575 [1998]; *People v Seaberg*, 74 NY2d 1, 11 [1989]; *People v Mack*, 119 AD3d 875, 876 [2014]). Rivera, J.P., Hall, Austin, Miller and Maltese, JJ., concur.